# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:18-CR-0146** |
| v. | : | (Chief Judge Conner) |
| **AXEL PENA-REYES,** | : | |
| **Defendant** | : | |

## **ORDER**

The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that he understands his rights and consequences of his plea and that he voluntarily waives his right to trial. The court finds that the plea has a basis in fact. The court accepts defendant's plea of Guilty to Count 1of the Indictment. IT IS HEREBY ORDERED that the United States Probation Office shall conduct a presentence investigation and shall prepare a presentence report and that the case shall be listed for sentencing upon the court's receipt of the presentence report.

Dated: March 14, 2019

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania